# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

sdesantis@molodspitz.com
www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400
*REPLY TO NEW YORK OFFICE

February 20, 2024



MEMO ENDORSED

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: Christian Ghartey v. Kenneth Owusu, et al.,
           Case No.: 23 Civ. 10026
           Our File: TGI-607

Dear Honorable Judge Failla:

    Our office represents the Defendants in the above captioned action.

    We are in receipt of the Court's emails dated February 6, 2024, and February 20, 2024, regarding the Initial Pretrial Conference scheduled for February 23, 2024. The parties have agreed and would prefer the Court enter the proposed case management plan, adjourn the Initial Pretrial Conference *sine die*, and allow the parties to proceed directly to discovery.

                            Respectfully Submitted,

                            MOLOD SPITZ & DeSANTIS, P.C.

                        By:    *Salvatore J. DeSantis*
                              Salvatore J. DeSantis, Esq.

SJD/kb

cc:
VIA ECF: Thailary Zommer, Esq., The Weiss Group LLC, Attorneys for Plaintiff

Application GRANTED. The Court will separately enter the parties' proposed case management plan. The initial pretrial conference scheduled for February 23, 2024, is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:     February 21, 2024         SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE